**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XYZ DISTRIBUTORS, Inc., et al.,<br>    Plaintiffs,<br>    v.<br>COUNTY OF LOS ANGELES, et al.,<br>    Defendants. | Case No. LA CV11-05301 JAK (FFMx)<br><br>**[PROPOSED] PROTECTIVE ORDER FOR PLAINTIFFS' CONFIDENTIAL BUSINESS INFORMATION**<br><br>Trial: November 13, 2012 at 9:00 a.m. |

Pursuant to the stipulation of the parties, and good cause appearing therefor it is Ordered that:

1. Plaintiffs' confidential business information ("Confidential Information") includes the names, addresses and contact information for their past and present customers and vendors and the details of plaintiffs' transactions with those customers and vendors;

2. Plaintiffs have agreed to provide discovery to defendants which will include Confidential Information. The Confidential Information shall be provided to defendants' attorneys who shall hold and use that information subject to the

- 1 -

following conditions:

3. Defendants' attorneys shall use Confidential Information only for the purposes of this litigation, and without a further order of the Court or the written agreement of plaintiffs' counsel, shall not permit any person to view or use Confidential Information other than persons in their offices and their damages experts;

4. Defendants' attorneys shall advise their experts of the terms of this stipulation and protective order and shall obtain the agreement of each expert: a) to keep Confidential Information confidential and to not permit any other person to view Confidential Information before disclosing Confidential Information to such expert, and b) to return Confidential Information on demand;

5. Following the termination of this litigation, defendants' attorneys shall return all copies of Confidential Information to plaintiffs' counsel and shall not retain or permit their experts to retain any copy of that information.

Dated: October 31, 2012

/S/ FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE