# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| XYZ DISTRIBUTORS, INC., BEHNAM PARTIYELI, and FARZAD PARTIYELI, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, SERGEANT JIM ANDERSON and DEPUTY SHERIFF JEFFERY JACKSON, <br><br> Defendants. | Case No. CV11-05301 JAK (FFM) <br><br> **JUDGMENT ON VERDICT** <br><br> JS-6 <br><br> Assigned to Hon. John A. Kronstadt Courtroom "750" <br><br> Action Filed:  6/24/11 <br> Trial Date:    1/15/13 |

On January 15, 2013, this case was called for trial in the United States District Court for the Central District of California, United States District Judge John A. Kronstadt, Presiding. The parties answered ready for trial. A panel of eight jurors was called and sworn.

1       The case was tried to the jury on January 15, 16, 17, 18, 22 and 23, and then
2 submitted to the jury for deliberations. After taking January 24 off, on January 25,
3 2013 the jury returned a unanimous verdict on the questions submitted as follows:
4       **QUESTION NO. 1**: Did defendant(s) conduct an unreasonable search of the
5 XYZ Distributors warehouse?
6       Please answer separately as to each defendant:
7           a.    Deputy Jeffrey Jackson: Answer "NO"
8           b.    Sgt. Jim Anderson: Answer "NO
9       **QUESTION NO. 2:** (Not answered pursuant to instructions)
10      **QUESTION NO. 3**: Did defendant(s) conduct an unreasonable seizure from
11 XYZ Distributors' warehouse?
12      Please answer separately as to each defendant:
13          a.    Deputy Jeffrey Jackson: Answer "YES"
14          b.    Sgt. Jim Anderson: Answer "YES"
15      **QUESTION NO. 4:** Was Defendant(s) unreasonable seizure from XYZ
16 Distributors' warehouse a substantial factor in causing harm to plaintiffs?
17      Please answer separately as to each defendant:
18          a.    Deputy Jeffrey Jackson: Answer "YES"
19          b.    Sgt. Jim Anderson: Answer "YES"
20      **QUESTION NO. 5:** Did Sergeant Jim Anderson defame XYZ Distributors,
21 Inc., in connection with plaintiffs' right to be free from unlawful searches and
22 seizures?
23          Answer "YES"
24      **QUESTION NO. 6:** Was Sergeant Jim Anderson's defamation to XYZ
25 Distributors a substantial factor in causing harm to plaintiffs?
26          Answer "NO"
27
28

1 **QUESTION NO. 7:** Did Sergeant Jim Anderson defame Farzad "Fred" Partiyeli in connection with plaintiffs' right to be free from unlawful searches and seizures?

Answer "NO"

**QUESTION NO. 8:** (Not answered pursuant to instructions)

**QUESTION NO. 9:** Please state the amount of damages that were suffered by plaintiffs as follows:

| | |
|---|---|
| Plaintiff XYZ Distributors: Past Damages | $547,728.00 |
| Plaintiff XYZ Distributors: Future Damages | $0.00 |
| Plaintiff Farzad "Fred" Partiyeli | $0.00 |

**QUESTION NO. 10**: Do you find that any conduct of any defendant(s) was malicious, oppressive, or in reckless disregard of any of the plaintiffs' rights?

Please answer separately as to each defendant:

a. Deputy Jeffrey Jackson: Answer "NO"

b. Sgt. Jim Anderson: Answer "NO"

Therefore, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that:

1. Judgment be entered in favor of plaintiff XYZ Distributors, Inc., in accordance with the jury's verdict, in the sum of $547,728.00 plus statutory interest from the date of entry of this judgment, and against defendants Deputy Jeffrey Jackson and Sergeant Jim Anderson.

2 Plaintiff XYZ Distributors, Inc., is the prevailing party in this 42 U.S.C. § 1983 action, and may be entitled to recover its attorneys' fees and costs reasonably incurred in prosecuting this action in accordance with 42 U.S.C. § 1988, the Federal Rules of Civil Procedure, and the Central District Local Rules. Those sums shall be set forth in a separate order.

Date: February 15, 2013

_____
JOHN A. KRONSTADT
United States District Judge