# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| XYZ DISTRIBUTORS, INC., BEHNAM PARTIYELI, and FARZAD PARTIYELI,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, SERGEANT JIM ANDERSON and DEPUTY SHERIFF JEFFERY JACKSON,<br><br>Defendants. | Case No. CV11-05301 JAK (FFM)<br><br>**AMENDED JUDGMENT ON VERDICT INCLUDING AWARD OF ATTORNEYS' FEES AND COSTS** |

On January 15, 2013, this case was called for trial in the United States District Court for the Central District of California, United States District Judge John A. Kronstadt, Presiding. The parties answered ready for trial. A panel of eight jurors was called and sworn.

The case was tried to the jury on January 15, 16, 17, 18, 22 and 23, and then submitted to the jury for deliberations. After taking January 24 off, on January 25, 2013 the jury returned a unanimous verdict on the questions submitted as follows:

**QUESTION NO. 1**: Did defendant(s) conduct an unreasonable search of the XYZ Distributors warehouse?

    Please answer separately as to each defendant:

        a.    Deputy Jeffrey Jackson: Answer "NO"

        b.    Sgt. Jim Anderson: Answer "NO

**QUESTION NO. 2:** (Not answered pursuant to instructions)

**QUESTION NO. 3**: Did defendant(s) conduct an unreasonable seizure from XYZ Distributors' warehouse?

    Please answer separately as to each defendant:

        a.    Deputy Jeffrey Jackson: Answer "YES"

        b.    Sgt. Jim Anderson: Answer "YES"

**QUESTION NO. 4:** Was Defendant(s) unreasonable seizure from XYZ Distributors' warehouse a substantial factor in causing harm to plaintiffs?

    Please answer separately as to each defendant:

        a.    Deputy Jeffrey Jackson: Answer "YES"

        b.    Sgt. Jim Anderson: Answer "YES"

**QUESTION NO. 5:** Did Sergeant Jim Anderson defame XYZ Distributors, Inc., in connection with plaintiffs' right to be free from unlawful searches and seizures?

    Answer "YES"

**QUESTION NO. 6:** Was Sergeant Jim Anderson's defamation to XYZ Distributors a substantial factor in causing harm to plaintiffs?

    Answer "NO"

**QUESTION NO. 7:** Did Sergeant Jim Anderson defame Farzad "Fred" Partiyeli in connection with plaintiffs' right to be free from unlawful searches and seizures?

    Answer "NO"

**QUESTION NO. 8:** (Not answered pursuant to instructions)

**QUESTION NO. 9:** Please state the amount of damages that were suffered by plaintiffs as follows:

| | |
|---|---|
| Plaintiff XYZ Distributors: Past Damages | $547,728.00 |
| Plaintiff XYZ Distributors: Future Damages | $0.00 |
| Plaintiff Farzad "Fred" Partiyeli | $0.00 |

**QUESTION NO. 10**: Do you find that any conduct of any defendant(s) was malicious, oppressive, or in reckless disregard of any of the plaintiffs' rights?

    Please answer separately as to each defendant:

        a.    Deputy Jeffrey Jackson: Answer "NO"

        b.    Sgt. Jim Anderson: Answer "NO"

Therefore, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that:

Plaintiff XYZ Distributors, Inc., in accordance with the jury's verdict, is entitled to recover the sum of $547,728.00. Plaintiff XYZ Distributors, Inc., as the prevailing party in this 42 U.S.C. § 1983 action, is entitled to recover reasonable attorneys' fees and costs. Based on the stipulation of the parties, Plaintiff XYZ Distributors, Inc., is awarded the sum of $850,000 in attorneys' fees and $26,596.78 in costs and litigation expenses. Accordingly, judgment is entered in favor of Plaintiff XYZ Distributors, Inc., for the total amount of $1,424,324.78, plus statutory interest from the date of entry of this judgment, and against defendants Deputy Jeffrey Jackson and Sergeant Jim Anderson.

Date:  April 9, 2013

                                                                           
JOHN A. KRONSTADT
United States District Judge